IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nicholson, Harold J | Case Number: 08 B 00643 |
|---|---|---|
| | Blades, Christine Y | Judge: Hollis, Pamela S |
| | Printed: 11/18/08 | Filed: 1/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 6, 2008
Confirmed: March 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,875.00 |  |
| Secured: |  | 6,340.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,024.38 |
| Trustee Fee: |  | 510.13 |
| Other Funds: |  | 0.00 |
| Totals: | 7,875.00 | 7,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 1,024.38 |
| 2. | Citi Residential Lending Inc | Secured | 7,202.16 | 5,890.50 |
| 3. | Santander Consumer USA | Secured | 20,673.77 | 300.00 |
| 4. | Credit Acceptance Corp | Secured | 8,066.12 | 149.99 |
| 5. | Citi Residential Lending Inc | Secured | 8,367.99 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 26.57 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 15.64 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 29.20 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 116.13 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 565.63 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 771.19 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 163.38 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 40.00 | 0.00 |
| 15. | T Mobile USA | Unsecured | 21.61 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 40.96 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 66.89 | 0.00 |
| 18. | T Mobile USA | Unsecured | 60.58 | 0.00 |
| 19. | Lake Imaging LLC | Unsecured | 3.70 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 83.97 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 50.89 | 0.00 |
| 22. | Cook County Treasurer | Secured | | No Claim Filed |
| 23. | AFNI | Unsecured | | No Claim Filed |
| 24. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 25. | Hilco Receivables, LLC | Unsecured | | No Claim Filed |
| 26. | AR Resources | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nicholson, Harold J | Case Number: 08 B 00643 |
|---|---|---|
|  | Blades, Christine Y | Judge: Hollis, Pamela S |
|  | Printed: 11/18/08 | Filed: 1/11/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CCA | Unsecured | | No Claim Filed |
| 28. | Credit Management Co. | Unsecured | | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 30. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 31. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 32. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 33. | Illinois Dept Of Transportation | Unsecured | | No Claim Filed |
| 34. | American Collections & Credit | Unsecured | | No Claim Filed |
| 35. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 36. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 37. | Nicor Gas | Unsecured | | No Claim Filed |
| 38. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 39. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 40. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 41. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 42. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 43. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 44. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 45. | West Asset Management | Unsecured | | No Claim Filed |
| 46. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 48,866.38 | $ 7,364.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 8.56 |
| 6.5% | 501.57 |
| | $ 510.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

